
    
        
 1 

 Scythian Ltd.; Cloud 9 Investments, LLC; and Cloud 9 Land Holdings, LLC, Petitioners  v.  Town of Mountain Village, Colorado; Town of Mountain Village Town Council, Colorado; Tiara Telluride, LLC; and Vault Management, LLC, Respondents 
No. 25SC226
Supreme Court of Colorado, En Banc
December 22, 2025
 Court of Appeals Case No. 24CA361 
  DENIED PETITIONS FOR WRIT OF CERTIORARI 
 
  Petition for Writ of Certiorari DENIED. 
  JUSTICE HART does not participate. 

    
